**Order Entered July 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00737-CV

## IN RE BETTIE PRIESTER AND JOHN PRIESTER, JR., Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04751-2014**

## ORDER

Before Justices Bridges, Myers, and Schenck

Based on the Court's opinion of this date, we DENY the petition for writ of mandamus.


/s/ DAVID BRIDGES
JUSTICE